IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LORENZO LAPEZ CLARK,

    Plaintiff,

v.

TARMARSHE SMITH and
REIDSVILLE STATE PRISON,

    Defendants.

CIVIL ACTION NO.: CV612-029

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against "Reidsville State Prison" are **DISMISSED**.

**SO ORDERED**, this 11th day of June, 2012.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)