FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAR 19 AM 11: 

CLERK ℗. moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

LORENZO LAPEZ CLARK,

   Plaintiff,

v.

TARMARSHE SMITH,

   Defendant.

CIVIL ACTION NO.: CV612-029

### ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 18 day of March, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)